UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER DIVIDOCK,

    PLAINTIFF,

                                        CASE NO. 07-10804

V.

                                        HONORABLE ARTHUR J. TARNOW

OFFICEMAX NORTH AMERICA, *ET AL.*,       UNITED STATES DISTRICT JUDGE

    DEFENDANTS.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [D/E # 3, 21, 23, 24, & 25 ] & DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL [D/E # 2]

Before the Court are Plaintiff's Application for Appointment of Counsel [D/E # 2], Defendants Mallion, Moran, Hendin and Williamson's Motion to Dismiss [D/E # 3], Defendant Pohl's Motion to Dismiss [D/E # 21], Defendants United States Attorney and EEOC's Motion to Dismiss [D/E # 23], Defendant United Healthcare's Motion to Dismiss [D/E # 24], and Defendant Michigan Department of Civil Rights' Motion to Dismiss [D/E # 25]. Having heard oral argument on May 16, 2007, for the reasons stated on the record

**IT IS HEREBY ORDERED** that all pending Defendants' Motions to Dismiss are **GRANTED**. As a result, Defendants Mallion, Moran, Hendin, Williamson, Pohl, the U.S. Attorney, the EEOC, United Healthcare, and the Michigan Department of Civil Rights are **DISMISSED** from the case.

**IT IS FURTHER ORDERED** that Defendant Michigan Department of Labor is also **DISMISSED** from this case for the reasons stated on the record even though no motion to dismiss had been filed. As a result, the only remaining Defendant is OfficeMax North America, which still needs to be served with the complaint.

**IT IS FURTHER ORDERED** that Plaintiff's application for appointment of counsel is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                            United States District Judge

Dated:   May 21, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 21, 1007, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                            Case Manager