# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JENNIFER E. DIVIDOCK,

    Plaintiff,

v.                                                                                Case no.  07-10804

OFFICEMAX NORTH AMERICA, et al.,                  Honorable Arthur J. Tarnow

    Defendants.
_____/

JENNIFER E. DIVIDOCK,

    Plaintiff,

v.                                                                                Case no.  07-10891

PLYMOUTH PHYSICAL THERAPY                          Honorable Arthur J. Tarnow
SPECIALISTS, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTIONS TO DISMISS [30 IN 07-10804; 15, 17, 18 IN 07-10891];**
**DENYING DIVIDOCK'S MOTION FOR A FEDERAL INVESTIGATION [19 IN 07-10891];**
**AND DISMISSING CASE**

    Before the court are the motions to dismiss in Dividock's two cases, as well as her motion for a federal investigation in 07-10891.  These motions came on for a hearing on March 12, 2008.

1

For the reasons stated on the record, the motions to dismiss are GRANTED, Dividock's motion for a federal investigation is DENIED, and the case is DISMISSED.

SO ORDERED.

        S/ARTHUR J. TARNOW
        Arthur J. Tarnow
        United States District Judge

Dated: March 14, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2008, by electronic and/or ordinary mail.

        S/THERESA E. TAYLOR
        Case Manager